1  Laura E. Kruse, WSBA #32947
Forsberg & Umlauf, P.S.
2  901 Fifth Avenue, Suite 1400
Seattle, WA 98164
3  Telephone: 206-689-8500
Email: LKruse@FoUm.law
4  *Attorneys for Defendants Christopher*
*Whited and Patterson Dental Supply, Inc.*

5

6

7                    UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
8                              AT RICHLAND

9  LAURA J. WILLIAMSON,                    No. 4:19-cv-05176

10                          Plaintiff,     NOTICE OF REMOVAL OF
CIVIL ACTION UNDER
11           vs.                           28 U.S.C. §1441(A)

12  CHRISTOPHER WHITED,                     **(REMOVED FROM**
PATTERSON DENTAL SUPPLY,                **WALLA WALLA COUNTY**
13  INC.,                                  **SUPERIOR COURT**
**CAUSE NO. 19-2-00398-36)**
14                          Defendants.

15  **TO:**        Clerk of the Court;

16  **AND TO:**    Counsel of record.

17       **PLEASE TAKE NOTICE** that Defendants Christopher Whited and

18  Patterson Dental Supply, Inc. ("Defendants") hereby remove to this Court the state

19  court action described below on the grounds stated herein.

20

NOTICE OF REMOVAL OF CIVIL ACTION UNDER            **FORSBERG & UMLAUF, P.S.**
28 U.S.C. §1441(A) – PAGE 1                              ATTORNEYS AT LAW
CAUSE NO. 4:19-CV-05176                            901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
2401795 / 3638.0001                                (206) 689-8500 • (206) 689-8501 FAX

# I.    <u>INTRODUCTION</u>

On May 22 2019, plaintiff commenced a lawsuit in Walla Walla County Superior Court entitled *Laura J. Williamson v. Christopher Whited, Patterson Dental Supply, Inc.*  Defendant Patterson Dental Supply, Inc. was served with the Summons and Complaint on June 4, 2019.  Declaration of Laura E. Kruse, Ex. 1.

The Complaint does not specify a specific damages amount, but medical bills exceed $215,000.  Kruse Decl., ¶ 3 and Ex. 2.

This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is being filed "…within thirty days after receipt by the defendant, through service or otherwise, of a copy of other paper from which it may first be ascertained that the case is one which is or has become removable..." 28 U.S.C. § 1446(b).  Defendant was served with the Summons and Complaint on June 4, 2019.  Kruse Decl., Ex. 1.

Defendant Christopher Whited resides in the County of Nez Perce, Idaho.  Defendant Patterson Dental Supply, Inc. is a Minnesota corporation with headquarters located in St. Paul, Minnesota.   Exs. 3 and 4.   Plaintiff is a Washington resident.  Ex. 4.

NOTICE OF REMOVAL OF CIVIL ACTION UNDER
28 U.S.C. §1441(A) – PAGE 2
CAUSE NO. 4:19-CV-05176
2401795 / 3638.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

## II.    BASIS FOR REMOVAL

**A.    There is Complete Diversity of Citizenship under 28 U.S.C. § 1332.**

This Court has subject matter jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a)(1), and this action is one which can be removed to this Court by defendants Christopher Whited and Patterson Dental Supply, Inc. pursuant to 28 U.S.C. § 1441(a) and (b) in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

The plaintiff is a resident of the State of Washington.  Kruse Decl., Ex. 4. Defendant Christopher Whited resides in the County of Nez Perce, Idaho. Defendant Patterson Dental Supply, Inc. is a Minnesota corporation with headquarters located in St. Paul, Minnesota.  Kruse Decl., Exs. 3 and 4.  Removal of the plaintiff's action to this Court is proper because there is complete diversity of citizenship of the parties pursuant to 28 U.S.C. § 1332.

**B.    The Amount in Controversy Exceeds the Jurisdictional Minimum.**

Plaintiff seeks to recover in excess of $75,000 in damages against defendants.  Kruse Decl., ¶ 3 and Ex. 2.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

1

**C.**    **This Notice of Removal is Timely Under 28 U.S.C. § 1446(b) and (c).**

2

This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is

3

being filed "…within thirty days after receipt by the defendant, through service or

4

otherwise, of a copy of other paper from which it may first be ascertained that the

5

case is one which is or has become removable..." 28 U.S.C. § 1446(b).  Defendant

6

Patterson Dental Supply, Inc. was served with the Summons and Complaint on

7

June 4, 2019.  Kruse Decl., Ex. 1.

8

**D.**    **This Notice of Removal Complies with the Applicable Local Rules, and Venue Is Proper in the Eastern District of Washington under 28 U.S.C. § 128(b).**

9

10

This Notice of Removal complies with all applicable Federal Rules of Civil

11

Procedure and Local Rules.  Defendants Christopher Whited and Patterson Dental

12

Supply, Inc. have attached to the Declaration of Laura E. Kruse, filed in support of

13

this Notice, copies of all process, pleadings, and orders served upon it in the state

14

court action, as required by 28 U.S.C. § 1446.  Venue is proper in this District

15

pursuant to 28 U.S.C. §§ 128(b) and 1391, because this District encompasses

16

Walla Walla County, the county listed in the state court complaint served on

Defendants.

17

Defendants are serving plaintiff with copies of this Notice of Removal and

18

the supporting Declaration of Laura E. Kruse (with exhibits).

19

20

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

### III.   <u>CONCLUSION</u>

Plaintiff's civil action, originally filed in Walla Walla County Superior Court for the State of Washington, may be removed pursuant to 28 U.S.C. 1441 and 1446 to the United States District Court for the Eastern District of Washington

Dated this 2nd day of July, 2019.

FORSBERG & UMLAUF, P.S.

By:  *s/ Laura E. Kruse*
Laura E. Kruse, WSBA #32947
FORSBERG & UMLAUF, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA  98164
Tel:      206-689-8500
Fax:      206-689-8501
E-mail:  LKruse@FoUm.law
*Attorneys for Defendants Christopher Whited
and Patterson Dental Supply, Inc.*

NOTICE OF REMOVAL OF CIVIL ACTION UNDER
28 U.S.C. §1441(A) – PAGE 5
CAUSE NO. 4:19-CV-05176
2401795 / 3638.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(A)** on the following individuals in the manner indicated:

Bradley Johnson
Bradley Johnson Lawyers
1333 Stewart Street
Seattle, WA  98109
(X) Via Hand Delivery
(X) Via E-Mail

**SIGNED** this 2nd day of July, 2019, at Seattle, Washington.


*s/ Honor M. McQueen*
Honor M. McQueen

NOTICE OF REMOVAL OF CIVIL ACTION UNDER
28 U.S.C. §1441(A) – PAGE 6
CAUSE NO. 4:19-CV-05176

2401795 / 3638.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX