Laura E. Kruse, WSBA #32947
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
Telephone: 206-689-8500
Email: LKruse@FoUm.law
*Attorneys for Defendants Christopher Whited and Patterson Dental Supply, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| LAURA J. WILLIAMSON,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER WHITED, PATTERSON DENTAL SUPPLY, INC.,<br><br>Defendants. | No. 4:19-cv-05176<br><br>DECLARATION OF LAURA E. KRUSE IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(A)<br><br>**(REMOVED FROM WALLA WALLA COUNTY SUPERIOR COURT CAUSE NO. 19-2-00398-36)** |

I, Laura E. Kruse, declare as follows:

1. I am over eighteen (18) years of age and am competent to testify to the matters contained in this declaration. I am an attorney for Defendants Christopher Whited and Patterson Dental Supply, Inc. I submit this Declaration and the

DECLARATION OF LAURA E. KRUSE IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(A) – PAGE 1
CAUSE NO. 4:19-CV-05176

2401800 / 3638.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

attached Exhibits in support of Defendants' Notice of Removal of the Plaintiff's state court action to this Court under 28 U.S.C. §§ 1332, 1441 and 1446, *et seq.*

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Proof of Service on Patterson Dental Supply, Inc. showing a service date of June 4, 2019.

3. Attached hereto as **Exhibit 2** is a true and correct copy of redacted billing records from one of plaintiff's medical providers, Harborview Medical Center, totaling $214,048.31. The final total of bills from Harborview likely exceeds that amount, and combined with bills from other medical providers, shows the amount in controversy exceeds $75,000.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Corporate Registration information showing Patterson Dental Supply, Inc. maintains its corporate headquarters in St. Paul, Minnesota.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Complaint showing plaintiff is a resident of Washington and defendant Christopher Whited is a resident of Idaho.

6. Defendant has paid to the Clerk of Court for the Eastern District of Washington, the $400.00 filing fee required by law.

7. Attached as **Exhibit 5** are true and correct copies of all documents filed in this matter in Walla Walla County Superior Court.

DECLARATION OF LAURA E. KRUSE IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(A) – PAGE 2
CAUSE NO. 4:19-CV-05176

2401800 / 3638.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

SIGNED this 2nd day of July, 2019 at Seattle, Washington.

FORSBERG & UMLAUF, P.S.

By: *s/ Laura E. Kruse*

Laura E. Kruse, WSBA #32947
FORSBERG & UMLAUF, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
Tel: 206-689-8500
Fax: 206-689-8501
E-mail: LKruse@FoUm.law
*Attorneys for Defendants Christopher Whited and Patterson Dental Supply, Inc.*

DECLARATION OF LAURA E. KRUSE IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(A) – PAGE 3
CAUSE NO. 4:19-CV-05176

2401800 / 3638.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing ***DECLARATION OF LAURA E. KRUSE IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(A)*** on the following individuals in the manner indicated:

Bradley Johnson
Bradley Johnson Lawyers
1333 Stewart Street
Seattle, WA 98109
(X) Via Hand Delivery
(X) Via E-Mail

**SIGNED** this 2nd day of July, 2019, at Seattle, Washington.

*s/ Honor M. McQueen*
Honor M. McQueen

DECLARATION OF LAURA E. KRUSE IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(A) – PAGE 4
CAUSE NO. 4:19-CV-05176

2401800 / 3638.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX