# EXHIBIT 2

LAURA JEAN WILLIAMSON                                                Page 1
                                                        Harborview Medical Center
                           **REDACTED**

Statement Date: 08/15/2016
   Patient Name: WILLIAMSON, LAURA JEAN                  Admitted: 05/31/16
Account Number:                                          Discharged: 06/23/16

| Line | Date of Service | CPT Code | Description | Revenue Code | Qty | Total Amount |
|---|---|---|---|---|---|---|
| 1  | 5/31/2016 | | | | 3 | $271.89 |
| 2  | 5/31/2016 | | | | 8 | $178.46 |
| 3  | 5/31/2016 | | | | 4 | $1,113.92 |
| 4  | 5/31/2016 | | | | 1 | $278.48 |
| 5  | 5/31/2016 | | | | 1 | $278.48 |
| 6  | 5/31/2016 | | | | 1 | $39.13 |
| 7  | 5/31/2016 | | | | 1 | $48.38 |
| 8  | 5/31/2016 | | | | 1 | $108.38 |
| 9  | 5/31/2016 | | | | 1 | $52.20 |
| 10 | 5/31/2016 | | | | 1 | $74.45 |
| 11 | 5/31/2016 | | | | 1 | $253.60 |
| 12 | 5/31/2016 | | | | 1 | $49.07 |
| 13 | 5/31/2016 | | | | 1 | $29.75 |
| 14 | 5/31/2016 | | | | 1 | $44.05 |
| 15 | 5/31/2016 | | | | 1 | $413.83 |
| 16 | 5/31/2016 | | | | 1 | $310.75 |
| 17 | 5/31/2016 | | | | 2 | $655.14 |
| 18 | 5/31/2016 | | | | 1 | $434.34 |
| 19 | 5/31/2016 | | | | 1 | $376.33 |
| 20 | 5/31/2016 | | | | 1 | $244.20 |
| 21 | 5/31/2016 | | | | 1 | $3,130.83 |
| 22 | 6/1/2016  | | | | 1 | $2,099.93 |
| 23 | 6/1/2016  | | | | 0 | $0.00 |
| 24 | 6/1/2016  | | | | 1 | $83.62 |
| 25 | 6/1/2016  | | | | 1 | $87.18 |
| 26 | 6/1/2016  | | | | 0 | $0.00 |
| 27 | 6/1/2016  | | | | 1 | $212.81 |
| 28 | 6/1/2016  | | | | 4 | $271.12 |
| 29 | 6/1/2016  | | | | 2 | $194.50 |
| 30 | 6/1/2016  | | | | 1 | $83.80 |
| 31 | 6/1/2016  | | | | 1 | $83.48 |
| 32 | 6/1/2016  | | | | 1 | $87.92 |
| 33 | 6/1/2016  | | | | 1 | $195.36 |
| 34 | 6/1/2016  | | | | 2 | $170.97 |
| 35 | 6/1/2016  | | | | 1 | $88.51 |
| 36 | 6/1/2016  | | | | 4 | $1.10 |
| 37 | 6/1/2016  | | | | 1 | $3.27 |
| 38 | 6/1/2016  | | | | 3 | $8.76 |
| 39 | 6/1/2016  | | | | 2 | $5.84 |
| 40 | 6/1/2016  | | | | 2 | $5.68 |
| 41 | 6/1/2016  | | | | 1 | $3.50 |
| 42 | 6/1/2016  | | | | 2 | $2.85 |
| 43 | 6/1/2016  | | | | 6 | $6.96 |
| 44 | 6/1/2016  | | | | 6 | $6.60 |
| 45 | 6/1/2016  | | | | 1 | $2.85 |

**Harborview Medical Center**
Statement Date: 08/15/2016
Patient Name: WILLIAMSON, LAURA JEAN
Account Number:

Admitted: 05/31/16
Discharged: 06/23/16

| Line | Date of Service | CPT Code | Description | Revenue Code | Qty | Total Amount |
|---|---|---|---|---|---|---|
| 46 | 6/1/2016 | | | | 4 | $335.52 |
| 47 | 6/1/2016 | | | | 4 | $84.86 |
| 48 | 6/1/2016 | | | | 20 | $286.35 |
| 49 | 6/1/2016 | | | | 2 | $168.18 |
| 50 | 6/1/2016 | | | | 4 | $83.36 |
| 51 | 6/1/2016 | | | | 1 | $1,817.44 |
| 52 | 6/1/2016 | | | | 6 | $13,375.08 |
| 53 | 6/1/2016 | | | | 1 | $789.16 |
| 54 | 6/1/2016 | | | | 2 | $3,005.48 |
| 55 | 6/1/2016 | | | | 4 | $2,495.48 |
| 56 | 6/1/2016 | | | | 1 | $39.13 |
| 57 | 6/1/2016 | | | | 1 | $48.38 |
| 58 | 6/1/2016 | | | | 1 | $49.07 |
| 59 | 6/1/2016 | | | | 1 | $135.37 |
| 60 | 6/1/2016 | | | | 1 | $173.30 |
| 61 | 6/1/2016 | | | | 1 | $173.58 |
| 62 | 6/1/2016 | | | | 1 | $173.30 |
| 63 | 6/1/2016 | | | | 2 | $565.68 |
| 64 | 6/1/2016 | | | | 1 | $310.75 |
| 65 | 6/1/2016 | | | | 2 | $700.52 |
| 66 | 6/1/2016 | | | | 1 | $1,140.90 |
| 67 | 6/1/2016 | | | | 1 | $11,562.43 |
| 68 | 6/1/2016 | | | | 1 | $2,442.35 |
| 69 | 6/1/2016 | | | | 1 | $808.44 |
| 70 | 6/1/2016 | | | | 1 | $188.87 |
| 71 | 6/1/2016 | | | | 1 | $649.63 |
| 72 | 6/2/2016 | | | | 1 | $2,099.93 |
| 73 | 6/2/2016 | | | | 1 | $89.56 |
| 74 | 6/2/2016 | | | | 6 | $1.65 |
| 75 | 6/2/2016 | | | | 1 | $3.27 |
| 76 | 6/2/2016 | | | | 1 | $2.80 |
| 77 | 6/2/2016 | | | | 3 | $8.76 |
| 78 | 6/2/2016 | | | | 2 | $5.84 |
| 79 | 6/2/2016 | | | | 2 | $5.68 |
| 80 | 6/2/2016 | | | | 8 | $65.12 |
| 81 | 6/2/2016 | | | | 1 | $3.50 |
| 82 | 6/2/2016 | | | | 4 | $5.70 |
| 83 | 6/2/2016 | | | | 9 | $10.44 |
| 84 | 6/2/2016 | | | | 9 | $9.90 |
| 85 | 6/2/2016 | | | | 1 | $3.04 |
| 86 | 6/2/2016 | | | | 6 | $171.52 |
| 87 | 6/2/2016 | | | | 2 | $78.26 |
| 88 | 6/2/2016 | | | | 1 | $48.38 |
| 89 | 6/2/2016 | | | | 2 | $166.84 |
| 90 | 6/2/2016 | | | | 1 | $87.74 |
| 91 | 6/2/2016 | | | | 2 | $166.84 |
| 92 | 6/2/2016 | | | | 2 | $98.14 |
| 93 | 6/2/2016 | | | | 1 | $214.28 |
| 94 | 6/3/2016 | | | | 1 | $2,099.93 |
| 95 | 6/3/2016 | | | | 1 | $2.85 |
| 96 | 6/3/2016 | | | | 2 | $178.22 |

Harborview Medical Center  
Statement Date: 08/15/2016  
Patient Name: WILLIAMSON, LAURA JEAN                                           Admitted: 05/31/16  
Account Number:                                                                Discharged: 06/23/16

| Line | Date of Service | CPT Code | Description | Revenue Code | Qty | Total Amount |
|---|---|---|---|---|---|---|
| 97  | 6/3/2016 | | | | 1  | $88.51 |
| 98  | 6/3/2016 | | | | 6  | $1.65 |
| 99  | 6/3/2016 | | | | 1  | $3.27 |
| 100 | 6/3/2016 | | | | 1  | $2.80 |
| 101 | 6/3/2016 | | | | 1  | $2.83 |
| 102 | 6/3/2016 | | | | 3  | $8.76 |
| 103 | 6/3/2016 | | | | 2  | $6.42 |
| 104 | 6/3/2016 | | | | 2  | $5.68 |
| 105 | 6/3/2016 | | | | 23 | $152.29 |
| 106 | 6/3/2016 | | | | 1  | $3.50 |
| 107 | 6/3/2016 | | | | 1  | $2.88 |
| 108 | 6/3/2016 | | | | 4  | $5.70 |
| 109 | 6/3/2016 | | | | 3  | $3.48 |
| 110 | 6/3/2016 | | | | 3  | $3.30 |
| 111 | 6/3/2016 | | | | 1  | $3.04 |
| 112 | 6/3/2016 | | | | 20 | $286.35 |
| 113 | 6/3/2016 | | | | 6  | $171.52 |
| 114 | 6/3/2016 | | | | 3  | $117.39 |
| 115 | 6/3/2016 | | | | 1  | $48.38 |
| 116 | 6/3/2016 | | | | 1  | $95.19 |
| 117 | 6/3/2016 | | | | 1  | $48.38 |
| 118 | 6/3/2016 | | | | 1  | $45.75 |
| 119 | 6/3/2016 | | | | 1  | $74.45 |
| 120 | 6/3/2016 | | | | 2  | $98.14 |
| 121 | 6/3/2016 | | | | 1  | $76.91 |
| 122 | 6/3/2016 | | | | 1  | $60.75 |
| 123 | 6/3/2016 | | | | 1  | $29.75 |
| 124 | 6/3/2016 | | | | 1  | $44.05 |
| 125 | 6/3/2016 | | | | 1  | $30.27 |
| 126 | 6/3/2016 | | | | 1  | $267.70 |
| 127 | 6/3/2016 | | | | 1  | $239.76 |
| 128 | 6/3/2016 | | | | 1  | $188.87 |
| 129 | 6/4/2016 | | | | 1  | $2,099.93 |
| 130 | 6/4/2016 | | | | 3  | $179.82 |
| 131 | 6/4/2016 | | | | 6  | $1.65 |
| 132 | 6/4/2016 | | | | 1  | $3.27 |
| 133 | 6/4/2016 | | | | 3  | $8.40 |
| 134 | 6/4/2016 | | | | 3  | $8.76 |
| 135 | 6/4/2016 | | | | 3  | $8.76 |
| 136 | 6/4/2016 | | | | 1  | $3.21 |
| 137 | 6/4/2016 | | | | 2  | $5.68 |
| 138 | 6/4/2016 | | | | 21 | $176.33 |
| 139 | 6/4/2016 | | | | 2  | $5.76 |
| 140 | 6/4/2016 | | | | 6  | $6.96 |
| 141 | 6/4/2016 | | | | 6  | $6.60 |
| 142 | 6/4/2016 | | | | 1  | $3.04 |
| 143 | 6/4/2016 | | | | 6  | $171.52 |
| 144 | 6/4/2016 | | | | 1  | $84.09 |
| 145 | 6/5/2016 | | | | 1  | $2,099.93 |
| 146 | 6/5/2016 | | | | 1  | $88.56 |
| 147 | 6/5/2016 | | | | 10 | $803.59 |

**Harborview Medical Center**
Statement Date: 08/15/2016
Patient Name: WILLIAMSON, LAURA JEAN
Account Number:

Admitted: 05/31/16
Discharged: 06/23/16

| Line | Date of Service | CPT Code | Description | Revenue Code | Qty | Total Amount |
|---|---|---|---|---|---|---|
| 148 | 6/5/2016 | | | | 6 | $1.65 |
| 149 | 6/5/2016 | | | | 1 | $3.27 |
| 150 | 6/5/2016 | | | | 1 | $2.83 |
| 151 | 6/5/2016 | | | | 3 | $8.76 |
| 152 | 6/5/2016 | | | | 3 | $8.76 |
| 153 | 6/5/2016 | | | | 1 | $3.21 |
| 154 | 6/5/2016 | | | | 2 | $5.68 |
| 155 | 6/5/2016 | | | | 22 | $201.06 |
| 156 | 6/5/2016 | | | | 2 | $5.76 |
| 157 | 6/5/2016 | | | | 4 | $5.70 |
| 158 | 6/5/2016 | | | | 5 | $6.73 |
| 159 | 6/5/2016 | | | | 6 | $6.60 |
| 160 | 6/5/2016 | | | | 1 | $2.85 |
| 161 | 6/5/2016 | | | | 1 | $3.04 |
| 162 | 6/5/2016 | | | | 6 | $171.52 |
| 163 | 6/6/2016 | | | | 1 | $2,099.93 |
| 164 | 6/6/2016 | | | | 2 | $133.04 |
| 165 | 6/6/2016 | | | | 7 | $448.75 |
| 166 | 6/6/2016 | | | | 6 | $1.65 |
| 167 | 6/6/2016 | | | | 1 | $3.27 |
| 168 | 6/6/2016 | | | | 2 | $5.60 |
| 169 | 6/6/2016 | | | | 3 | $8.76 |
| 170 | 6/6/2016 | | | | 3 | $8.76 |
| 171 | 6/6/2016 | | | | 1 | $3.21 |
| 172 | 6/6/2016 | | | | 2 | $5.68 |
| 173 | 6/6/2016 | | | | 25 | $177.25 |
| 174 | 6/6/2016 | | | | 1 | $3.50 |
| 175 | 6/6/2016 | | | | 2 | $5.76 |
| 176 | 6/6/2016 | | | | 4 | $5.70 |
| 177 | 6/6/2016 | | | | 6 | $6.96 |
| 178 | 6/6/2016 | | | | 6 | $6.60 |
| 179 | 6/6/2016 | | | | 1 | $3.04 |
| 180 | 6/6/2016 | | | | 6 | $171.52 |
| 181 | 6/6/2016 | | | | 1 | $39.13 |
| 182 | 6/6/2016 | | | | 1 | $48.38 |
| 183 | 6/6/2016 | | | | 1 | $49.07 |
| 184 | 6/6/2016 | | | | 1 | $75.07 |
| 185 | 6/7/2016 | | | | 1 | $2,099.93 |
| 186 | 6/7/2016 | | | | 0 | $0.00 |
| 187 | 6/7/2016 | | | | 13 | $633.37 |
| 188 | 6/7/2016 | | | | 6 | $1.65 |
| 189 | 6/7/2016 | | | | 1 | $3.27 |
| 190 | 6/7/2016 | | | | 2 | $2.85 |
| 191 | 6/7/2016 | | | | 3 | $8.76 |
| 192 | 6/7/2016 | | | | 1 | $2.92 |
| 193 | 6/7/2016 | | | | 1 | $3.21 |
| 194 | 6/7/2016 | | | | 2 | $5.68 |
| 195 | 6/7/2016 | | | | 3 | $50.29 |
| 196 | 6/7/2016 | | | | 25 | $177.25 |
| 197 | 6/7/2016 | | | | 1 | $3.50 |
| 198 | 6/7/2016 | | | | 2 | $5.76 |

Page 5 of 11

**Harborview Medical Center**
Statement Date: 08/15/2016
Patient Name: WILLIAMSON, LAURA JEAN
Account Number:

Admitted: 05/31/16
Discharged: 06/23/16

| Line | Date of Service | CPT Code | Description | Revenue Code | Qty | Total Amount |
|---|---|---|---|---|---|---|
| 199 | 6/7/2016 | | | | 4 | $5.70 |
| 200 | 6/7/2016 | | | | 6 | $6.96 |
| 201 | 6/7/2016 | | | | 6 | $6.60 |
| 202 | 6/7/2016 | | | | 1 | $3.04 |
| 203 | 6/7/2016 | | | | 6 | $171.52 |
| 204 | 6/7/2016 | | | | 1 | $39.13 |
| 205 | 6/7/2016 | | | | 1 | $48.38 |
| 206 | 6/7/2016 | | | | 2 | $288.60 |
| 207 | 6/7/2016 | | | | 1 | $83.42 |
| 208 | 6/7/2016 | | | | 1 | $87.74 |
| 209 | 6/7/2016 | | | | 1 | $83.42 |
| 210 | 6/7/2016 | | | | 1 | $49.07 |
| 211 | 6/8/2016 | | | | 1 | $2,099.93 |
| 212 | 6/8/2016 | | | | 1 | $88.49 |
| 213 | 6/8/2016 | | | | 1 | $114.58 |
| 214 | 6/8/2016 | | | | 6 | $360.98 |
| 215 | 6/8/2016 | | | | 1 | $95.50 |
| 216 | 6/8/2016 | | | | 1 | $89.54 |
| 217 | 6/8/2016 | | | | 1 | $94.68 |
| 218 | 6/8/2016 | | | | 1 | $83.80 |
| 219 | 6/8/2016 | | | | 1 | $87.92 |
| 220 | 6/8/2016 | | | | 5 | $270.53 |
| 221 | 6/8/2016 | | | | 1 | $195.36 |
| 222 | 6/8/2016 | | | | 1 | $89.56 |
| 223 | 6/8/2016 | | | | 1 | $85.49 |
| 224 | 6/8/2016 | | | | 2 | $177.17 |
| 225 | 6/8/2016 | | | | 1 | $88.35 |
| 226 | 6/8/2016 | | | | 1 | $88.51 |
| 227 | 6/8/2016 | | | | 2 | $170.91 |
| 228 | 6/8/2016 | | | | 4 | $1.10 |
| 229 | 6/8/2016 | | | | 1 | $3.27 |
| 230 | 6/8/2016 | | | | 3 | $8.76 |
| 231 | 6/8/2016 | | | | 1 | $2.92 |
| 232 | 6/8/2016 | | | | 1 | $3.21 |
| 233 | 6/8/2016 | | | | 1 | $2.84 |
| 234 | 6/8/2016 | | | | 16 | $126.18 |
| 235 | 6/8/2016 | | | | 3 | $3.48 |
| 236 | 6/8/2016 | | | | 3 | $3.30 |
| 237 | 6/8/2016 | | | | 100 | $194.77 |
| 238 | 6/8/2016 | | | | 20 | $424.32 |
| 239 | 6/8/2016 | | | | 20 | $286.35 |
| 240 | 6/8/2016 | | | | 3 | $85.76 |
| 241 | 6/8/2016 | | | | 20 | $89.63 |
| 242 | 6/8/2016 | | | | 1 | $1,605.65 |
| 243 | 6/8/2016 | | | | 1 | $6,455.53 |
| 244 | 6/8/2016 | | | | 1 | $322.16 |
| 245 | 6/8/2016 | | | | 1 | $11,134.50 |
| 246 | 6/8/2016 | | | | 1 | $183.20 |
| 247 | 6/8/2016 | | | | 1 | $183.20 |
| 248 | 6/8/2016 | | | | 1 | $183.20 |
| 249 | 6/8/2016 | | | | 1 | $183.20 |

Harborview Medical Center
Statement Date: 08/15/2016
Patient Name: WILLIAMSON, LAURA JEAN
Account Number:

Admitted: 05/31/16
Discharged: 06/23/16

| Line | Date of Service | CPT Code | Description | Revenue Code | Qty | Total Amount |
|---|---|---|---|---|---|---|
| 250 | 6/8/2016 | | | | 1 | $183.20 |
| 251 | 6/8/2016 | | | | 3 | $549.60 |
| 252 | 6/8/2016 | | | | 1 | $179.27 |
| 253 | 6/8/2016 | | | | 1 | $179.27 |
| 254 | 6/8/2016 | | | | 3 | $549.60 |
| 255 | 6/8/2016 | | | | 1 | $1,393.16 |
| 256 | 6/8/2016 | | | | 1 | $1,393.16 |
| 257 | 6/8/2016 | | | | 1 | $1,393.16 |
| 258 | 6/8/2016 | | | | 1 | $1,393.16 |
| 259 | 6/8/2016 | | | | 1 | $1,393.16 |
| 260 | 6/8/2016 | | | | 2 | $2,403.18 |
| 261 | 6/8/2016 | | | | 1 | $39.13 |
| 262 | 6/8/2016 | | | | 1 | $48.38 |
| 263 | 6/8/2016 | | | | 3 | $551.79 |
| 264 | 6/8/2016 | | | | 3 | $310.05 |
| 265 | 6/8/2016 | | | | 3 | $279.78 |
| 266 | 6/8/2016 | | | | 3 | $89.25 |
| 267 | 6/8/2016 | | | | 3 | $154.05 |
| 268 | 6/8/2016 | | | | 3 | $242.22 |
| 269 | 6/8/2016 | | | | 3 | $104.34 |
| 270 | 6/8/2016 | | | | 3 | $51.48 |
| 271 | 6/8/2016 | | | | 1 | $49.07 |
| 272 | 6/8/2016 | | | | 3 | $54.33 |
| 273 | 6/8/2016 | | | | 1 | $350.26 |
| 274 | 6/8/2016 | | | | 1 | $48,450.69 |
| 275 | 6/8/2016 | | | | 1 | $7,327.06 |
| 276 | 6/8/2016 | | | | 1 | $311.55 |
| 277 | 6/8/2016 | | | | 1 | $1,047.02 |
| 278 | 6/8/2016 | | | | 1 | $2,021.10 |
| 279 | 6/9/2016 | | | | 1 | $2,099.93 |
| 280 | 6/9/2016 | | | | 2 | $178.66 |
| 281 | 6/9/2016 | | | | 1 | $89.54 |
| 282 | 6/9/2016 | | | | 10 | $453.55 |
| 283 | 6/9/2016 | | | | 1 | $88.35 |
| 284 | 6/9/2016 | | | | 6 | $1.65 |
| 285 | 6/9/2016 | | | | 1 | $3.27 |
| 286 | 6/9/2016 | | | | 1 | $2.92 |
| 287 | 6/9/2016 | | | | 2 | $6.90 |
| 288 | 6/9/2016 | | | | 5 | $41.60 |
| 289 | 6/9/2016 | | | | 1 | $3.21 |
| 290 | 6/9/2016 | | | | 2 | $5.68 |
| 291 | 6/9/2016 | | | | 12 | $76.26 |
| 292 | 6/9/2016 | | | | 1 | $3.50 |
| 293 | 6/9/2016 | | | | 2 | $3.47 |
| 294 | 6/9/2016 | | | | 2 | $5.76 |
| 295 | 6/9/2016 | | | | 4 | $5.70 |
| 296 | 6/9/2016 | | | | 6 | $6.96 |
| 297 | 6/9/2016 | | | | 6 | $6.60 |
| 298 | 6/9/2016 | | | | 1 | $3.04 |
| 299 | 6/9/2016 | | | | 6 | $171.52 |
| 300 | 6/9/2016 | | | | 4 | $83.36 |

**Harborview Medical Center**
Statement Date: 08/15/2016
Patient Name: WILLIAMSON, LAURA JEAN
Account Number:

Admitted: 05/31/16
Discharged: 06/23/16

| Line | Date of Service | CPT Code | Description | Revenue Code | Qty | Total Amount |
|---|---|---|---|---|---|---|
| 301 | 6/9/2016 | | | | 2 | $78.26 |
| 302 | 6/9/2016 | | | | 1 | $48.38 |
| 303 | 6/9/2016 | | | | 1 | $49.07 |
| 304 | 6/9/2016 | | | | 1 | $18.11 |
| 305 | 6/9/2016 | | | | 1 | $311.55 |
| 306 | 6/9/2016 | | | | 1 | $1,047.02 |
| 307 | 6/9/2016 | | | | 1 | $80.45 |
| 308 | 6/10/2016 | | | | 1 | $2,099.93 |
| 309 | 6/10/2016 | | | | 3 | $267.99 |
| 310 | 6/10/2016 | | | | 6 | $1.65 |
| 311 | 6/10/2016 | | | | 1 | $3.27 |
| 312 | 6/10/2016 | | | | 4 | $11.20 |
| 313 | 6/10/2016 | | | | 1 | $2.83 |
| 314 | 6/10/2016 | | | | 3 | $10.35 |
| 315 | 6/10/2016 | | | | 21 | $174.72 |
| 316 | 6/10/2016 | | | | 1 | $2.92 |
| 317 | 6/10/2016 | | | | 1 | $3.21 |
| 318 | 6/10/2016 | | | | 2 | $5.68 |
| 319 | 6/10/2016 | | | | 1 | $3.50 |
| 320 | 6/10/2016 | | | | 2 | $5.76 |
| 321 | 6/10/2016 | | | | 2 | $2.85 |
| 322 | 6/10/2016 | | | | 6 | $6.96 |
| 323 | 6/10/2016 | | | | 6 | $6.60 |
| 324 | 6/10/2016 | | | | 1 | $2.85 |
| 325 | 6/10/2016 | | | | 1 | $3.04 |
| 326 | 6/10/2016 | | | | 6 | $171.52 |
| 327 | 6/10/2016 | | | | 1 | $39.13 |
| 328 | 6/10/2016 | | | | 1 | $48.38 |
| 329 | 6/10/2016 | | | | 1 | $49.07 |
| 330 | 6/11/2016 | | | | 1 | $2,099.93 |
| 331 | 6/11/2016 | | | | 6 | $1.65 |
| 332 | 6/11/2016 | | | | 1 | $3.27 |
| 333 | 6/11/2016 | | | | 3 | $10.35 |
| 334 | 6/11/2016 | | | | 24 | $199.68 |
| 335 | 6/11/2016 | | | | 1 | $3.21 |
| 336 | 6/11/2016 | | | | 2 | $5.68 |
| 337 | 6/11/2016 | | | | 2 | $5.76 |
| 338 | 6/11/2016 | | | | 6 | $6.96 |
| 339 | 6/11/2016 | | | | 6 | $6.60 |
| 340 | 6/11/2016 | | | | 1 | $2.85 |
| 341 | 6/11/2016 | | | | 1 | $3.04 |
| 342 | 6/11/2016 | | | | 6 | $171.52 |
| 343 | 6/11/2016 | | | | 1 | $39.13 |
| 344 | 6/11/2016 | | | | 1 | $48.38 |
| 345 | 6/11/2016 | | | | 1 | $49.07 |
| 346 | 6/11/2016 | | | | 1 | $75.07 |
| 347 | 6/11/2016 | | | | 1 | $80.45 |
| 348 | 6/12/2016 | | | | 1 | $2,099.93 |
| 349 | 6/12/2016 | | | | 6 | $1.65 |
| 350 | 6/12/2016 | | | | 1 | $3.27 |
| 351 | 6/12/2016 | | | | 3 | $8.40 |

**Harborview Medical Center**
Statement Date: 08/15/2016
Patient Name: WILLIAMSON, LAURA JEAN
Account Number:

Admitted: 05/31/16
Discharged: 06/23/16

| Line | Date of Service | CPT Code | Description | Revenue Code | Qty | Total Amount |
|---|---|---|---|---|---|---|
| 352 | 6/12/2016 | | | | 3 | $10.35 |
| 353 | 6/12/2016 | | | | 21 | $174.72 |
| 354 | 6/12/2016 | | | | 1 | $3.21 |
| 355 | 6/12/2016 | | | | 2 | $5.68 |
| 356 | 6/12/2016 | | | | 1 | $3.50 |
| 357 | 6/12/2016 | | | | 2 | $5.76 |
| 358 | 6/12/2016 | | | | 4 | $5.70 |
| 359 | 6/12/2016 | | | | 6 | $6.96 |
| 360 | 6/12/2016 | | | | 6 | $6.60 |
| 361 | 6/12/2016 | | | | 1 | $2.85 |
| 362 | 6/12/2016 | | | | 1 | $3.04 |
| 363 | 6/12/2016 | | | | 6 | $171.52 |
| 364 | 6/12/2016 | | | | 1 | $39.13 |
| 365 | 6/12/2016 | | | | 1 | $48.38 |
| 366 | 6/12/2016 | | | | 1 | $49.07 |
| 367 | 6/13/2016 | | | | 1 | $2,099.93 |
| 368 | 6/13/2016 | | | | 6 | $1.65 |
| 369 | 6/13/2016 | | | | 1 | $3.27 |
| 370 | 6/13/2016 | | | | 2 | $5.60 |
| 371 | 6/13/2016 | | | | 3 | $10.35 |
| 372 | 6/13/2016 | | | | 18 | $149.76 |
| 373 | 6/13/2016 | | | | 1 | $2.92 |
| 374 | 6/13/2016 | | | | 1 | $3.21 |
| 375 | 6/13/2016 | | | | 3 | $8.52 |
| 376 | 6/13/2016 | | | | 1 | $3.50 |
| 377 | 6/13/2016 | | | | 2 | $5.76 |
| 378 | 6/13/2016 | | | | 2 | $2.85 |
| 379 | 6/13/2016 | | | | 6 | $6.96 |
| 380 | 6/13/2016 | | | | 6 | $6.60 |
| 381 | 6/13/2016 | | | | 1 | $3.04 |
| 382 | 6/13/2016 | | | | 6 | $171.52 |
| 383 | 6/13/2016 | | | | 2 | $655.14 |
| 384 | 6/13/2016 | | | | 1 | $75.07 |
| 385 | 6/13/2016 | | | | 1 | $80.45 |
| 386 | 6/13/2016 | | | | 1 | $95.67 |
| 387 | 6/14/2016 | | | | 1 | $2,099.93 |
| 388 | 6/14/2016 | | | | 6 | $1.65 |
| 389 | 6/14/2016 | | | | 1 | $3.27 |
| 390 | 6/14/2016 | | | | 3 | $8.40 |
| 391 | 6/14/2016 | | | | 3 | $10.35 |
| 392 | 6/14/2016 | | | | 15 | $149.30 |
| 393 | 6/14/2016 | | | | 1 | $3.21 |
| 394 | 6/14/2016 | | | | 2 | $5.68 |
| 395 | 6/14/2016 | | | | 1 | $3.50 |
| 396 | 6/14/2016 | | | | 2 | $5.76 |
| 397 | 6/14/2016 | | | | 2 | $2.85 |
| 398 | 6/14/2016 | | | | 6 | $6.96 |
| 399 | 6/14/2016 | | | | 6 | $6.60 |
| 400 | 6/14/2016 | | | | 1 | $3.04 |
| 401 | 6/14/2016 | | | | 6 | $171.52 |
| 402 | 6/15/2016 | | | | 1 | $2,099.93 |

**Harborview Medical Center**
Statement Date: 08/15/2016
  Patient Name: WILLIAMSON,LAURA JEAN
Account Number:

Admitted: 05/31/16
Discharged: 06/23/16

| Line | Date of Service | CPT Code | Description | Revenue Code | Qty | Total Amount |
|---|---|---|---|---|---|---|
| 403 | 6/15/2016 | | | | 6 | $1.65 |
| 404 | 6/15/2016 | | | | 1 | $3.27 |
| 405 | 6/15/2016 | | | | 3 | $8.40 |
| 406 | 6/15/2016 | | | | 3 | $10.35 |
| 407 | 6/15/2016 | | | | 18 | $149.76 |
| 408 | 6/15/2016 | | | | 1 | $3.21 |
| 409 | 6/15/2016 | | | | 2 | $5.68 |
| 410 | 6/15/2016 | | | | 1 | $3.50 |
| 411 | 6/15/2016 | | | | 2 | $5.76 |
| 412 | 6/15/2016 | | | | 4 | $5.70 |
| 413 | 6/15/2016 | | | | 6 | $6.96 |
| 414 | 6/15/2016 | | | | 6 | $6.60 |
| 415 | 6/15/2016 | | | | 1 | $3.04 |
| 416 | 6/15/2016 | | | | 6 | $171.52 |
| 417 | 6/15/2016 | | | | 1 | $39.13 |
| 418 | 6/15/2016 | | | | 1 | $49.07 |
| 419 | 6/15/2016 | | | | 1 | $75.07 |
| 420 | 6/15/2016 | | | | 1 | $80.45 |
| 421 | 6/16/2016 | | | | 1 | $2,099.93 |
| 422 | 6/16/2016 | | | | 6 | $1.65 |
| 423 | 6/16/2016 | | | | 1 | $3.27 |
| 424 | 6/16/2016 | | | | 3 | $10.35 |
| 425 | 6/16/2016 | | | | 21 | $174.72 |
| 426 | 6/16/2016 | | | | 1 | $2.92 |
| 427 | 6/16/2016 | | | | 1 | $3.21 |
| 428 | 6/16/2016 | | | | 2 | $5.68 |
| 429 | 6/16/2016 | | | | 2 | $5.76 |
| 430 | 6/16/2016 | | | | 2 | $2.85 |
| 431 | 6/16/2016 | | | | 3 | $3.48 |
| 432 | 6/16/2016 | | | | 3 | $3.30 |
| 433 | 6/16/2016 | | | | 1 | $3.04 |
| 434 | 6/16/2016 | | | | 6 | $171.52 |
| 435 | 6/16/2016 | | | | 1 | $75.07 |
| 436 | 6/16/2016 | | | | 1 | $80.45 |
| 437 | 6/17/2016 | | | | 1 | $2,099.93 |
| 438 | 6/17/2016 | | | | 6 | $1.65 |
| 439 | 6/17/2016 | | | | 1 | $3.27 |
| 440 | 6/17/2016 | | | | 4 | $11.20 |
| 441 | 6/17/2016 | | | | 3 | $10.35 |
| 442 | 6/17/2016 | | | | 21 | $174.72 |
| 443 | 6/17/2016 | | | | 3 | $8.76 |
| 444 | 6/17/2016 | | | | 1 | $3.21 |
| 445 | 6/17/2016 | | | | 2 | $5.68 |
| 446 | 6/17/2016 | | | | 1 | $3.50 |
| 447 | 6/17/2016 | | | | 2 | $5.76 |
| 448 | 6/17/2016 | | | | 4 | $5.70 |
| 449 | 6/17/2016 | | | | 6 | $6.86 |
| 450 | 6/17/2016 | | | | 1 | $3.04 |
| 451 | 6/17/2016 | | | | 6 | $171.52 |
| 452 | 6/18/2016 | | | | 1 | $2,099.93 |
| 453 | 6/18/2016 | | | | 6 | $1.65 |

**Harborview Medical Center**
Statement Date: 08/15/2016
Patient Name: WILLIAMSON, LAURA JEAN
Account Number:

Admitted: 05/31/16
Discharged: 06/23/16

| Line | Date of Service | CPT Code | Description | Revenue Code | Qty | Total Amount |
|---|---|---|---|---|---|---|
| 454 | 6/18/2016 | | | | 1 | $3.27 |
| 455 | 6/18/2016 | | | | 1 | $2.80 |
| 456 | 6/18/2016 | | | | 3 | $10.35 |
| 457 | 6/18/2016 | | | | 21 | $174.72 |
| 458 | 6/18/2016 | | | | 1 | $3.21 |
| 459 | 6/18/2016 | | | | 2 | $5.68 |
| 460 | 6/18/2016 | | | | 2 | $5.76 |
| 461 | 6/18/2016 | | | | 4 | $5.70 |
| 462 | 6/18/2016 | | | | 6 | $6.86 |
| 463 | 6/18/2016 | | | | 1 | $3.04 |
| 464 | 6/18/2016 | | | | 6 | $171.52 |
| 465 | 6/19/2016 | | | | 1 | $2,099.93 |
| 466 | 6/19/2016 | | | | 6 | $1.65 |
| 467 | 6/19/2016 | | | | 1 | $3.27 |
| 468 | 6/19/2016 | | | | 3 | $8.40 |
| 469 | 6/19/2016 | | | | 3 | $10.35 |
| 470 | 6/19/2016 | | | | 21 | $174.72 |
| 471 | 6/19/2016 | | | | 2 | $5.84 |
| 472 | 6/19/2016 | | | | 1 | $3.21 |
| 473 | 6/19/2016 | | | | 2 | $5.68 |
| 474 | 6/19/2016 | | | | 2 | $5.76 |
| 475 | 6/19/2016 | | | | 4 | $5.70 |
| 476 | 6/19/2016 | | | | 6 | $6.86 |
| 477 | 6/19/2016 | | | | 1 | $3.04 |
| 478 | 6/19/2016 | | | | 6 | $171.52 |
| 479 | 6/20/2016 | | | | 1 | $2,099.93 |
| 480 | 6/20/2016 | | | | 6 | $1.65 |
| 481 | 6/20/2016 | | | | 1 | $3.27 |
| 482 | 6/20/2016 | | | | 4 | $11.20 |
| 483 | 6/20/2016 | | | | 3 | $10.35 |
| 484 | 6/20/2016 | | | | 21 | $174.72 |
| 485 | 6/20/2016 | | | | 1 | $2.92 |
| 486 | 6/20/2016 | | | | 1 | $3.21 |
| 487 | 6/20/2016 | | | | 2 | $5.68 |
| 488 | 6/20/2016 | | | | 2 | $5.76 |
| 489 | 6/20/2016 | | | | 6 | $8.55 |
| 490 | 6/20/2016 | | | | 6 | $6.86 |
| 491 | 6/20/2016 | | | | 1 | $3.04 |
| 492 | 6/20/2016 | | | | 6 | $171.52 |
| 493 | 6/20/2016 | | | | 1 | $75.07 |
| 494 | 6/20/2016 | | | | 1 | $80.45 |
| 495 | 6/21/2016 | | | | 1 | $2,099.93 |
| 496 | 6/21/2016 | | | | 8 | $2.20 |
| 497 | 6/21/2016 | | | | 1 | $3.27 |
| 498 | 6/21/2016 | | | | 3 | $8.40 |
| 499 | 6/21/2016 | | | | 3 | $10.35 |
| 500 | 6/21/2016 | | | | 24 | $202.68 |
| 501 | 6/21/2016 | | | | 4 | $11.68 |
| 502 | 6/21/2016 | | | | 1 | $3.21 |
| 503 | 6/21/2016 | | | | 2 | $5.68 |
| 504 | 6/21/2016 | | | | 1 | $24.93 |

Harborview Medical Center
Statement Date: 08/15/2016
Patient Name: WILLIAMSON, LAURA JEAN
Account Number:

Admitted: 05/31/16
Discharged: 06/23/16

| Line | Date of Service | CPT Code | Description | Revenue Code | Qty | Total Amount |
|---|---|---|---|---|---|---|
| 505 | 6/21/2016 | | | | 1 | $3.50 |
| 506 | 6/21/2016 | | | | 2 | $5.76 |
| 507 | 6/21/2016 | | | | 4 | $5.70 |
| 508 | 6/21/2016 | | | | 6 | $6.86 |
| 509 | 6/21/2016 | | | | 1 | $2.85 |
| 510 | 6/21/2016 | | | | 1 | $3.04 |
| 511 | 6/21/2016 | | | | 6 | $176.52 |
| 512 | 6/22/2016 | | | | 1 | $2,099.93 |
| 513 | 6/22/2016 | | | | 6 | $1.65 |
| 514 | 6/22/2016 | | | | 1 | $3.27 |
| 515 | 6/22/2016 | | | | 4 | $11.20 |
| 516 | 6/22/2016 | | | | 3 | $10.35 |
| 517 | 6/22/2016 | | | | 18 | $158.76 |
| 518 | 6/22/2016 | | | | 1 | $2.92 |
| 519 | 6/22/2016 | | | | 1 | $3.21 |
| 520 | 6/22/2016 | | | | 2 | $5.68 |
| 521 | 6/22/2016 | | | | 2 | $5.76 |
| 522 | 6/22/2016 | | | | 4 | $5.70 |
| 523 | 6/22/2016 | | | | 6 | $6.86 |
| 524 | 6/22/2016 | | | | 1 | $2.85 |
| 525 | 6/22/2016 | | | | 1 | $3.04 |
| 526 | 6/22/2016 | | | | 6 | $181.52 |
| 527 | 6/22/2016 | | | | 1 | $75.07 |
| 528 | 6/22/2016 | | | | 1 | $80.45 |
| 529 | 6/22/2016 | | | | 2 | $191.34 |
| 530 | 6/23/2016 | | | | 7 | $2.17 |
| 531 | 6/23/2016 | | | | 1 | $3.27 |
| 532 | 6/23/2016 | | | | 2 | $6.90 |
| 533 | 6/23/2016 | | | | 15 | $132.30 |
| 534 | 6/23/2016 | | | | 1 | $2.84 |
| 535 | 6/23/2016 | | | | 1 | $3.50 |
| 536 | 6/23/2016 | | | | 1 | $2.88 |
| 537 | 6/23/2016 | | | | 2 | $2.85 |
| 538 | 6/23/2016 | | | | 3 | $3.43 |
| 539 | 6/23/2016 | | | | 1 | $3.04 |
| 540 | 6/23/2016 | | | | 3 | $90.76 |
| 541 | 6/23/2016 | | | | 100 | $8.00 |
| 542 | 6/23/2016 | | | | 90 | $9.60 |
| 543 | 6/23/2016 | | | | 17 | $90.45 |
| 544 | 6/23/2016 | | | | 90 | $21.20 |
| 545 | 6/23/2016 | | | | 160 | $26.95 |
| 546 | 6/23/2016 | | | | 30 | $6.10 |
| 547 | 6/23/2016 | | | | 510 | $39.00 |
| 548 | 6/23/2016 | | | | 30 | $12.40 |
| 549 | 6/23/2016 | | | | 25 | $8.00 |
| 550 | 6/23/2016 | | | | 1 | $75.07 |
| 551 | 6/23/2016 | | | | 1 | $95.67 |

Total Amount:    $214,048.31