FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA J. WILLIAMSON,<br><br>                    Plaintiff,<br><br>        v.<br><br>CHRISTOPHER WHITED and PATTERSON DENTAL SUPPLY INC.,<br><br>                    Defendants. | No.   4:19-cv-05176-SMJ<br><br>**ORDER DISMISSING CASE** |

On February 5, 2021, the parties filed a stipulated dismissal, ECF No. 18. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

1.    The parties' Stipulated Motion for Order of Dismissal with Prejudice, **ECF No. 18**, is **GRANTED**.

2.    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3.    All pending motions are **DENIED AS MOOT**.

4.    All hearings and other deadlines are **STRICKEN**.

//

ORDER DISMISSING CASE – 1

1      **5.**      The Clerk's Office is directed to **CLOSE** this file.

2      **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and

3  provide copies to all counsel.

4      **DATED** this 8th day of February 2021.

5

6      _____
       SALVADOR MENDOZA, JR.
7      United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER DISMISSING CASE – 2